IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW FERREE,<br><br>          Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Civil Action No. 5:22-cv-00407 |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

Plaintiff Matthew Ferree ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on July 28, 2022, the parties reached a settlement in principle in this matter. The parties anticipate that they will be able to file a joint stipulation of dismissal within thirty (30) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for thirty (30) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for thirty (30) days.

85317298v.2

DATED: August 1, 2022                    Respectfully submitted,

By: */s/Roy S. Dickinson*                By: */s/ Nathan P. Lusignan*
Roy S. Dickinson, Esquire                Nathan P. Lusignan (appearing *pro hac vice*)
1408 Winding Ridge Rd.                   SEYFARTH SHAW, LLP
Norman, OK 73072                         233 S. Wacker Dr., Ste. 8000
                                         Chicago, IL 60606
Attorney for Plaintiff                   Telephone: (312) 460-5000
MATTHEW FERREE                           Facsimile: (312) 460-7000
                                         nlusignan@seyfarth.com

                                         W. Kirk Turner
                                         McAfee & Taft
                                         Williams Center Tower II
                                         Two W. Second Street, Suite 1100
                                         Tulsa, OK 74103
                                         Telephone: (918) 574-3008
                                         kirk.turner@mcafeetaft.com

                                         Attorneys for Defendant
                                         THE PRUDENTIAL INSURANCE
                                         COMPANY OF AMERICA

85317298v.2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, the below attorney electronically filed the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including the following:

>Roy S. Dickinson, Esq.
>1408 Winding Ridge Rd.
>Norman, OK 73072
>(405) 321-3288
>(405) 973-2204 (fax)
>roydickinson@dickinsonlegal.com

>/s/ *Nathan P. Lusignan*
>One of the Attorneys for Defendant
>THE PRUDENTIAL INSURANCE
>COMPANY OF AMERICA

85317298v.2